IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL P. COLWART,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1465

Opinion filed December 9, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Daniel P. Colwart, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order denying defendant's motion to withdraw plea rendered on November 12, 2013, in Duval County Circuit Court case

number 16-2011-CF-3900-AXXX-MA is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

Insofar as the petition seeks a belated appeal in circuit court case number 16-2011-CF-003769-AXXX-MA, the petition is denied.

VAN NORTWICK, ROWE, and MAKAR, JJ., CONCUR.